872 A.2d 1125

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Tedor DAVIDO, Appellant.**

Supreme Court of Pennsylvania.

April 15, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2005, Appellant's Application for Reargument is **DENIED.**

Justice BAER did not participate in this matter.